## MOTION DOCKET

**91–14.** State, ex rel. Eaton City School Dist. Bd. of Edn., v. State Emp. Relations Bd. *Franklin County*, Nos. 87AP–860 and 87AP–1132. On request for oral argument. Request granted.

**91–199.** State v. Wyant. *Delaware County*, No. 90–CA–2. On motion for leave to withdraw motion for *amicus*. Motion granted.

HOLMES, J., would overrule the motion for leave to proceed *pro hac vice* as moot.

WRIGHT and H. BROWN, JJ., would grant the motion for leave to proceed in *pro hac vice*.

**91–777.** State, ex rel. Youghiogheny & Ohio Coal Co., v. Indus. Comm. *Franklin County*, No. 90AP–1249. On motion to affirm. Motion denied.

WRIGHT, J., would hold this motion in abeyance pending the decision on the motion to amend Proposition of Law No. I filed in 91–445, *Columbus & Southern Ohio Elec. Co. v. Indus. Comm.*, Franklin County, No. 89AP–444.

**91–1382.** State v. Heinish. *Cuyahoga County*, No. 60486. On motion for leave to file memorandum in support instanter. Motion granted.

RESNICK, J., dissents.

**91–1878.** Parsons v. Denny's Restaurants, Inc. *Richland County*, No. 91CA2828. On motion to consolidate with 91–1890, *Parsons v. Denny's Restaurants, Inc.*, Richland County, No. CA–2820. Motion denied.

HOLMES, J., dissents.

**91–1886.** Ohio Assn. of Private Detective Agencies, Inc. v. North Olmsted. *Cuyahoga County*, No. 58914. On motion for leave to file *amicus* of Brink's, Inc. Motion granted.

MOYER, C.J., dissents and would dismiss the cause because the notice of appeal was filed two days late in the court of appeals.

**91–1924.** Evans v. Smith. *Hamilton County*, No. C–900357. On motion for leave to file instanter and request for extension of time. Motion and request denied.

SWEENEY, HOLMES and DOUGLAS, JJ., dissent.

**91–2113.** State v. White. *Scioto County*, No. 1785. On motion for leave to file delayed appeal. Motion granted.

HOLMES, J., would permit the filing of a delayed appeal on the issue of ineffective assistance of counsel only.

MOYER, C.J., and RESNICK, J., dissent.

**91–2121.** Mitchell v. Burt. *Montgomery County*, No. CA 12244. On motion for leave to file *amicus* of Ohio Hospital Association. Motion granted.

**91–2128.** GMS Management Co. v. Pick–N–Pay Supermarkets, Inc. *Lake County*, No. 90–L–15–107. On motion for leave to amend notice of appeal instanter. Motion granted.

**91–2141.** Dayton Women's Health Ctr. v. Enix. *Montgomery County*, Nos. 11545 and 11637. On motions for leave to file *amicus* of American Civil Liberties Union and Rutherford Institute of Ohio. Motions granted.

HOLMES, J., would also grant both *amici* standing to submit memorandums in support of jurisdiction.

**91–2207.** Rodriquez v. Cuyahoga Cty. Bd. of Elections. *Cuyahoga County*, No. 59007. On motion to continue stay. Motion denied.

**91–2210.** American Ambulance Co. v. Slanco. *Trumbull County*, No. 90–T–4477. On motion for stay. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.